**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-316-JCM (GWF) |
| SHARON HAMPTON, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHARON HAMPTON a criminal forfeiture money judgment in the amount of $160,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on April 6, 2012, by the below identified method of service:

Electronic Filing

Beau Sterling
Sterling Law, LLC
228 South Fourth Street, First Floor
Las Vegas, NV 89101
bsterling@sterlinglaw.com
*Counsel for Sharon Hampton*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk