UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 2:10-CR-316-JCM-GWF |
| vs. | ) ) | **ORDER** |
| SHARON HAMPTON, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Motion for Appointment of Counsel (#54), filed on September 28, 2015.

Defendant requests that counsel be appointed to assist her in her Motion for Early Termination (#53). Defendant was previously represented by appointed counsel. Former counsel has since informed Defendant that he no longer practices criminal law. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney, and the U.S. Probation Office forthwith.

**IT IS FURTHER ORDERED** that Defendant is to file a financial affidavit, under seal, no later than **November 9, 2015**.

**DATED** this 8th day of October, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge